

Notice of Undeliverable Mail to Debtor

November 20, 2025

From: United States Bankruptcy Court, District of Utah

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
   In re: Dallin Mark Durbano, Case Number 25-26932, CDP

TO THE DEBTOR:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated. Consult an attorney with any legal questions you might have.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule. THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.**

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

U.S. Bankruptcy Court
350 South Main #301
Salt Lake City, UT 84101

---

Undeliverable Address:
STATE OF UTAH
OFFICE OF RECOVERY SERVICES

Role type/cr id: 12796370
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

CHILD SUPPORT SERVICES, ORS
PO BOX 45011, SALT LAKE CITY, UT 84145-0011

_____          11/22/25
Signature of Debtor or Debtor's Attorney    Date

1

82303011416029

011405